# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **EDEKKA LLC,**<br><br>                    Plaintiff,<br>v.<br><br>**BARNEYS NEW YORK, INC.,**<br><br>                    Defendant. | Case No. 2:14-cv-405<br><br>**CONSOLIDATED CASE**<br>**LEAD CASE** |
| **EDEKKA LLC,**<br><br>                    **Plaintiff,**<br>v.<br><br>**DILLARD'S, INC.,**<br><br>                    Defendant. | Case No. 2:14-cv-00423-JRG<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL OF DEFENDANT DILLARD'S WITH PREJUDICE

On this day the Court considered the Agreed Motion to Dismiss Dillard's with Prejudice, *F m0P q04; +between Plaintiff eDekka LLC ("eDekka") and Defendant Dillard's, Inc. ("Dillard's"). Having considered the Agreed Motion and the pleadings in this case, the Court is of the opinion that the Agreed Motion should be, and is hereby, GRANTED.

It is therefore ORDERED that all claims asserted by eDekka against Dillard's are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

**So ORDERED and SIGNED this 21st day of October, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE